NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CAROL A. TRUFANT,**
*Petitioner,*

**v.**

**DEPARTMENT OF THE AIR FORCE,**
*Respondent.*

---

2013-3168

---

Petition for review of the Merit Systems Protection Board in No. DC0752920492-C-3.

---

**ON MOTION**

---

**O R D E R**

Carol A. Trufant moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

TRUFANT v. AIR FORCE                                                    2

FOR THE COURT

/s/   Daniel E. O'Toole
      Daniel E. O'Toole
      Clerk

s24